UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GENERAL GROWTH PROPERTIES, INC., ET AL.          CIVIL ACTION

VERSUS                                            NO: 06-6885
                                                  c/w 06-6886

LEXINGTON INSURANCE CO., ET AL.                   SECTION: "K"(2)

### ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.Nos. 20, 26). Defendant removed the action maintaining that subject matter jurisdiction exists over the proceeding under 28 U.S.C. §§ 1369 and 1441(e)(1)(B). This Court as well as other courts of this district have held that Hurricane Katrina is not a "single accident" under the Multiparty, Multiforum Trial Jurisdiction Act ("MMTJA"). For the reasons set forth in *Flint v. Louisiana Farm Bureau Mut. Ins. Co.*, 2006 WL 2375593 (E.D. La. Aug. 15, 2006) and *Johnson v. State Farm Fire & Cas. Co.*, No. 06-6248, (E.D. La. Nov. 28, 2006), the Court finds that Plaintiff's motion has merit. Accordingly,

1

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.Nos. 20, 26) is **GRANTED** and the action is **REMANDED** to state court.

New Orleans, Louisiana, on this  29th  day of January, 2007.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**